# In the United States Court of Federal Claims

DAAWUUD EL AMEN RA BEY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 21-cv-2312

Filed: January 27, 2022

## ORDER

On December 17, 2021, Plaintiff Daawuud El Amen Ra Bey, proceeding *pro se*, filed a complaint alleging harm from a criminal conspiracy. (ECF No. 1.) Plaintiff filed his complaint without paying the requisite filing fees or requesting authorization to proceed without prepayment of fees by submitting a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915. Accordingly, on December 21, 2021, this Court ordered Plaintiff to either pay the statutorily required filing fees or submit a signed IFP form within 30 days and informed him that his complaint would be dismissed for failure to prosecute if he did not comply. *See* ECF No. 6.

To date, Plaintiff has done neither. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE for failure to prosecute**. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

IT IS SO ORDERED.

  s/ Eleni M. Roumel
ELENI M. ROUMEL
Judge